**STATE of Missouri, Respondent,**

v.

**Maria E. GONZALES, Appellant.**

**No. WD 58139.**

Missouri Court of Appeals, Western District.

Jan. 23, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2001.

Application to Transfer Denied April 24, 2001.

Stephen M. Patton, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., ELLIS and LAURA DENVIR STITH, JJ.

### Order

PER CURIAM:

Maria Gonzales appeals her conviction of the offense of second degree robbery. She contends on appeal that the trial court erred in admitting testimony identifying her as the person committing the offense. She contends that the identifications were tainted by unduly suggestive procedures and were unreliable.

The judgment is affirmed. Rule 30.25(b).